UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

CASSANDRA LAFARGUE                                CIVIL ACTION

VERSUS                                            NO. 19-11111

COMPREHENSIVE HEALTH                              SECTION: "B"(5)
MANAGEMENT, INC.

                              **ORDER**

Considering the hearing held on November 20th, 2019 on plaintiff Cassandra Lafargue's motion for remand (Rec. Doc. 42), and defendant Comprehensive Health Management, Inc.'s motion to dismiss (Rec. Doc. 44), argument from parties' counsel, and for oral reasons given during the hearing,

**IT IS ORDERED** that the motion to remand is denied subject to reconsideration of a supplemental affidavit from plaintiff attesting to value of her claims and waiving rights to seek damages and/or enforce judgment in excess of $75,000 in state court. Per her counsel's request, plaintiff is granted leave to file that affidavit no later than **Monday, November 25, 2019**. Plaintiff's Counsel is warned that a mere stipulation that the valuation of plaintiff's claims do not exceed the jurisdictional amount will not suffice. Plaintiff's affidavit must be pursuant to the requirements in *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880 (5th Cir. 2000), and *Asociation Nacional de Pescadores a Pequena Escala Artesanales de Columbia v. Dow Quemica de Columbia S.A.("ANPAC")*, 988 F.2d 559

                                  1

(5th Cir. 1993);

**IT IS FURTHER ORDERED** that defendant is granted leave to file a supplemental memorandum in response to plaintiff's supplemental affidavit, no later than **Friday, November 29, 2019**;

**IT IS FURTHER ORDERED** that plaintiff has leave to file a reply to defendant's supplemental memorandum no later than **Monday, December 2, 2019**.

Thereafter, reconsideration of the remand motion will be conducted based upon parties' submissions without further need of oral argument.

New Orleans, Louisiana this 20th day of November, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE